STATE v. DRAKEFORD

No. 221 PC.

Case below: 42 N.C. App. 257.

Application by defendant for further review denied 23 August 1979.

STATE v. PARDUE

No. 248 PC.

Case below: 41 N.C. App. 768.

Petition by defendant for discretionary review under G.S. 7A-31 denied 7 August 1979.

STATE v. RIVENS

No. 277 PC.

No. 100 (Fall Term).

Case below: 41 N.C. App. 404.

Petition by the State for writ of certiorari to North Carolina Court of Appeals allowed 23 August 1979.

STATE v. SPORTS

No. 225 PC.

Case below: 41 N.C. App. 687.

Application by defendant for further review denied 23 August 1979.

WILSON v. WILSON

No. 190 PC.

Case below: 41 N.C. App. 404.

Petition by defendant for discretionary review under G.S. 7A-31 denied 23 August 1979.